# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § |
| **v.** | § § Case No. 1:16-cr-318-RP |
| **ROBERTO LARA,** *Defendant* | § § § |

## Order on Motion to Withdraw and Appoint New Counsel

Now before the Court is Defendant Roberto Lara's Motion to Withdraw as Counsel and for Appointment of New Counsel, filed November 13, 2023 (Dkt. 73). The District Court referred the Motion to the undersigned Magistrate Judge for resolution.

Having considered the Motion, the Court finds that there is good cause to appoint new counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw as Counsel and for Appointment of New Counsel (Dkt. 73) is **GRANTED**. Supervisory Assistant Federal Public Defender Horatio R. Aldredge is hereby **WITHDRAWN** and, consistent with the Order Appointing Public Defender entered by the United States District Court for the Southern District of Texas (Dkt. 65 at 5) and the Court's Order Regarding Financial Status (Dkt. 66), **Tracy D. Cluck #00787254** is hereby **APPOINTED** as Defendant's counsel of record.

**IT IS FURTHER ORDERED** that this case be removed from this Magistrate Judge's docket and returned to the docket of the Honorable Robert Pitman.

**SIGNED** on November 13, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE